## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES SAUTTER, )<br>Personal Representative of the Estate of )<br>JOHN SAUTTER, Deceased, )<br>           )<br>    Plaintiff,     ) | 8:07CV154 |
|           ) | |
|   vs.     ) | ORDER |
|           ) | |
| A. W. CHESTERTON COMPANY, et al., )<br>           )<br>    Defendants.    ) | |

This matter is before the court on the motion for leave to withdraw of Eugene Blackard and the firm of Archer Norris (Filing No. 29) as counsel for the defendant Graybar Electric Company, Inc. The court notes other counsel continues to represent this defendant. The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Eugene Blackard and the firm of Archer Norris (Filing No. 29) as counsel for Graybar Electric Company, Inc. is granted.

2. The Clerk of Court shall stop all electronic notices to Eugene Blackard regarding this case.

DATED this 2nd day of May, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge