JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 23 2007

FILED
CLERK'S OFFICE

*DOCKET NO. 875*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*   8:07cv154

*CONDITIONAL TRANSFER ORDER (CTO-278)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,137 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN - 8 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Page 1 of 2

## SCHEDULE CTO-278 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2 07-286 | Robert Cobb, et al. v. Albany International Co., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 06-1413 | Bonnie Marowitz, et al. v. Garlock Sealing Technologies, et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 4 07-1274 | Maxine Finkelstein, etc. v. General Electric Co. |
| **MARYLAND** | |
| MD 1 07-1063 | Sherri Lea Millar, et al. v. A.W. Chesterton Co., Inc., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 07-587 | Teresa Anderson, etc. v. Garlock, Inc., et al. |
| MSS 1 07-588 | William L. Barnes v. Garlock, Inc., et al. |
| MSS 1 07-589 | Clarence Bell v. Garlock, Inc., et al. |
| MSS 1 07-590 | Alvin J. Brown v. Garlock, Inc., et al. |
| MSS 1 07-591 | Richard M. Carnegie v. Garlock, Inc., et al. |
| MSS 1 07-592 | Arthur Clark v. Garlock, Inc., et al. |
| MSS 1 07-593 | Elvis Colenburg v. Garlock, Inc., et al. |
| MSS 1 07-594 | John Collier, Jr. v. Garlock, Inc., et al. |
| MSS 1 07-595 | James Ellis v. Garlock, Inc., et al. |
| MSS 1 07-596 | Ed Haley v. Garlock, Inc., et al. |
| MSS 1 07-597 | Virgie Hall, etc. v. Garlock, Inc., et al. |
| MSS 1 07-598 | Katie Harried, etc. v. Garlock, Inc., et al. |
| MSS 1 07-599 | Willie R. Harried v. Garlock, Inc., et al. |
| MSS 1 07-600 | Johnny Hudson v. Garlock, Inc., et al. |
| MSS 1 07-601 | Marshall Jenkins v. Garlock, Inc., et al. |
| MSS 1 07-602 | Albert Johnson v. Garlock, Inc., et al. |
| MSS 1 07-603 | John R. Jones v. Garlock, Inc., et al. |
| MSS 1 07-604 | Robert L. King v. Garlock, Inc., et al. |
| MSS 1 07-605 | Charles E. Noble v. Garlock, Inc., et al. |
| MSS 1 07-606 | Hezikiah Queen, Jr. v. Garlock, Inc., et al. |
| MSS 1 07-607 | Peter Queen, III v. Garlock, Inc., et al. |
| MSS 1 07-608 | Willie L. Queen v. Garlock, Inc., et al. |
| MSS 1 07-609 | Roger L. Rankin v. Garlock, Inc., et al. |
| MSS 1 07-610 | Bennie L. Rogers v. Garlock, Inc., et al. |
| MSS 1 07-611 | Henry C. Sampson v. Garlock, Inc., et al. |
| MSS 1 07-612 | Willa M. Sampson v. Garlock, Inc., et al. |
| MSS 1 07-613 | Roger Suddeth v. Garlock, Inc., et al. |
| MSS 1 07-614 | Mary Thomas, etc. v. Garlock, Inc., et al. |
| MSS 1 07-615 | Warren Turner, Jr. v. Garlock, Inc., et al. |
| MSS 1 07-623 | Ray Allen Tucker v. Nikko Materials USA, Inc., et al. |

SCHEDULE CTO-278-TAG-ALONG ACTIONS - MDL-875                              Page 2 of 2

**DIST. DIV. C.A. #**            **CASE CAPTION**

NORTH CAROLINA WESTERN
  NCW  1  07-161           Joe Carson Bass, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  07-162           Camilla Elizabeth Bridges, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  07-163           Richard Luther Campbell, Sr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  07-164           David Keith MacIntosh, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  07-165           Richard G. Reid, et al. v. A.W. Chesterton Co., et al.
  NCW  1  07-166           Homer M. Guffey, etc. v. A.W. Chesterton Co., Inc., et al.
  NCW  1  07-168           William C. Simmons, et al. v. A.W. Chesterton Co., Inc., et al.
  NCW  1  07-169           Michael Blake Carswell, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  07-170           Patrick Thomas Price, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  07-171           Joye Davis Guinn, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  07-172           Ricky Lee Jennings, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  07-173           Lonnie Leroy Josey, Jr., et al. v. Aqua-Chem, Inc., et al.

NEBRASKA
  NE   8  07-154           James Sautter, etc. v. A.W. Chesterton Co., et al.

NEW YORK EASTERN
  NYE  1  07-1362          Walter McCormick v. A.W. Chesterton Co., Inc., et al.

NEW YORK WESTERN
  ~~NYW  1  07-278~~           ~~Richard Zglinicki, et al. v. Armstrong International, Inc., et al.~~ Vacated 6/7/07

SOUTH CAROLINA
  SC   0  07-1263          Napolean Maloney, et al. v. Aqua-Chem, Inc., et al.
  SC   0  07-1266          James Isaac Robinson, III, et al. v. Aqua-Chem, Inc., et al.
  SC   0  07-1309          Jimmie Roger Chapman, et al. v. Aqua-Chem, Inc., et al.
  SC   0  07-1312          Reggie Kay Martin, et al. v. Aqua-Chem, Inc., et al.
  SC   0  07-1313          William Lewis Wood, et al. v. Aqua-Chem, Inc., et al.
  SC   2  07-1108          Alan E. Fritz, et al. v. Bayer CropScience, Inc., et al.
  SC   7  07-1265          Abraham Lincoln Stroupe, et al. v. Aqua-Chem, Inc., et al.
  SC   7  07-1268          Robert Dean Bentley, et al. v. Aqua-Chem, Inc., et al.
  SC   7  07-1269          Roy Lee Tyson v. Aqua-Chem, Inc., et al.
  SC   7  07-1310          Furman Edgar Heatherly, et al. v. Aqua-Chem, Inc., et al.
  SC   8  07-1264          John Steven Knox, et al. v. Aqua-Chem, Inc., et al.
  SC   8  07-1305          Richard Taylor Bond, et al. v. Aqua-Chem, Inc., et al.
  SC   8  07-1307          Richard Fred Carver v. Aqua-Chem, Inc., et al.

TEXAS NORTHERN
  TXN  4  06-536           William Stumpf, etc. v. 3M Co., et al.
  TXN  4  06-537           Lilly Laucys, etc. v. 3M Co., et al.
  TXN  4  06-876           Sebastiana Moncada, etc. v. 3M Co., et al.
  TXN  4  07-65            Lina Dominelli, etc. v. 3M Co., et al.

# INVOLVED COUNSEL LIST (CTO-278)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Richard Damon Albert
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

F. S. Aldridge, III
Hunter, MacLean, Exley & Dunn
P.O. Box 9848
Savannah, GA 31412

Mel D. Bailey
Bailey Crowe & Kugler, LLP
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

Robert H. Baronian
Baronian Law Firm
301 East Colorado Blvd
Suite 618
Pasadena, CA 91101

V. Brian Bevon
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Mark B. Bierbower
Hunton & Williams, LLP
1900 K Street, NW
Suite 1200
Washington, DC 20006

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Janet W. Black
Ward Black, P.A.
208 West Wendover Ave.
Greensboro, NC 27401-1307

Timothy W. Bouch
Leath, Bouch & Crawford
134 Meeting Street
P.O. Box 59
Charleston, SC 29402-0059

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39533-1377

Lisa N. Busch
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038

Clement D. Carter
Williams Mullen, PC
Two James Center
1021 E Cary Street
Richmond, VA 23218-1320

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Bernadette Catalana
Osborn, Reed & Burke, LLP
45 Exchange Blvd
Suite 400
Rochester, NY 14614

Philip J. Chapman
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158-6020

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Michael Jason Clayton
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

John Stewart Cobb
North & Cobb, P.A.
7313 York Road
Towson, MD 21204

S. Christopher Collier
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Christopher M. Corchiarino
Goodell, DeVries, Leech & Dann, LLP.
One South Street
Alex Brown Building, 20th Floor
Balitmore, MD 21202

Jerry L. Coyle
Law Office of Jerry L. Coyle
2183 Buckingham Road
LB 412
Richardson, TX 75081

William C. Cunningham
P.O. Box 624
Columbus, MS 39703

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

David A. Domina
Domina Law Office
P.O. Box 540697
Omaha, NE 68154

David R. Donadio
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948-6169

George C. Doub, III
William H. Murphy, Jr. & Associates
12 West Madison Street
Baltimore, MD 21201

David Duke
Duke Law Firm
236 Westview Terrace
Arlington, TX 76013

Betty L. Egan
Walentine, O'Toole Law Firm
11240 Davenport Street
P.O. Box 540125
Omaha, NE 68154-0125

Gary D. Elliston
DeHay & Elliston, L.L.P.
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202-3736

John D. Epps
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Michelle D. Epstein
Locher, Pavelka Law Firm
2002 Douglas Street
Suite 200, The Omaha Club
Omaha, NE 68102

Laurel A. Fay
Schacter Harris
600 N. Pearl Street
Suite 2300
Dallas, TX 75201-2832

Richard L. Flax
Zauner & Flax, PA
100 North Charles Street, Suite 1700
Baltimore, MD 21201

James T. Foley
Foley & Colley
100 E. Ferguson Street
Suite 614
Tyler, TX 75702

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Laura A. Frase
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
2001 Bryan Street
Suite 1300
Dallas, TX 75201-3008

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Robert C. Galloway
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
1300 25th Avenue, Suite 204
P.O. Drawer 4248
Gulfport, MS 39502-4248

Christian H. Gannon
Segal, McCambridge, Singer
& Mahoney, Ltd.
830 Third Avenue
Suite 400
New York, NY 10022

Keith L. Gates
Abbott, Simses & Kuchler
210 East Capitol Street
Suite 1090
Jackson, MS 39201

Virginia M. Giokaris
Rasmussen Willis Dickey & Moore
9200 Ward Parkway
Suite 310
Kansas City, MO 64114

James B. Greer
Bailey Crowe & Kugler, LLP
Bank of America Plaza, Suite 4600
901 Main Street
Dallas, TX 75202

William S. Guy
Law Offices of William S. Guy
909 Delaware Avenue
P.O. Box 509
McComb, MS 39649-0509

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Scott Harford
Lynch Daskal Emery, LLP
264 West 40th Street
New York, NY 10018

Bryan S. Hatch
Stinson, Morrison Law Firm
1299 Farnam Street
Suite 1501
Omaha, NE 68102

Anthony C. Hayes
Nelson Mullins Riley & Scarborough
P.O. Box 11070
Columbia, SC 29211-1070

Michael Hendryx
Strong, Pipkin, Bissell & Ledyard
1301 McKinney
Suite 2100
Houston, TX 77002-2546

John C. Heubeck
John C. Heubeck Law Offices
400 Continental Blvd
6th Floor
El Segundo, CA 90245

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

William R. Hughes, Jr.
Stuart, Tinley Law Firm
P.O. Box 398
310 W. Kanesville Boulevard
Council Bluffs, IA 51502

Jonathan K. Huth
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

George L. Inabinet, Jr.
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Derek Spencer Johnson
Sedgwick, Detert, Moran & Arnold
One Market Plaza Steuart Tower
8th Floor
San Francisco, CA 94105

Roger K. Johnson
Johnson Law Office
P.O. Box 160
Plattsmouth, NE 68048

Maria K. Karos
Sedgwick, Detert, Moran & Arnold
1717 Main Street
Suite 5400
Dallas, TX 75201

Jeannie P. Kauffman
Bacon Thornton & Palmer, LLP
Capital Office Park
6411 Ivy Lane, Suite 706
Greenbelt, MD 20770-1411

G. Patterson Keahey, Jr.
G. Patterson Keahey, PC
One Independence Plaza
Suite 612
Birmingham, AL 35209

INVOLVED COUNSEL LIST (CTO-278) - MDL-875                                                                 Page 3 of 5

Robert S. Keith
Engles, Ketcham Law Firm
1350 Woodmen Tower
1700 Farnam Stret
Omaha, NE 68102

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

Claire Williams Ketner
Brunini, Grantham, Grower & Hewes
P. O. Drawer 119
Jackson, MS 39205-0119

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Laura E. Kugler
Bailey Crowe & Kugler, LLP
Bank of America Plaza
901 Main Street
Suite 6550
Dallas, TX 75202-3736

Crystal L. Landes
Sedgwick, Detert, Moran & Arnold
1717 Main Street
Suite 5400
Dallas, TX 75201

Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

Robert J. Laubenthal
Smith, Peterson Law Firm
P.O. Box 249
Council Bluffs, IA 51502

Scott A. Lautenbaugh
Nolan, Olson Law Firm
1905 Harney Street
Suite 800
Omaha, NE 68102

John M. Lingelbach
Koley Jessen Law Firm
1125 South 103rd Street
Suite 800, One Pacific Place
Omaha, NE 68124

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

F. Ford Loker, Jr.
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202

Neil J. MacDonald
Hartel Kane Desantis MacDonald
& Howie LLP
6301 Ivy Lane, Suite 800
Greenbelt, MD 20770

Genevieve MacSteel
McGuireWoods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Christopher O. Massenburg
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Moffatt Grier McDonald
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602

Wendy C. McGraw
Hunton & Williams, LLP
500 E. Main Street
Suite 1000
Norfolk, VA 23510

Edward W. Mizell
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
P. O. Box 22567
Jackson, MS 39225-2567

Peter A. Moir
Quilling Selander Cummiskey
& Lownds
2001 Bryan Street
Suite 1800
Dallas, TX 75201

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Dennis J. Moynihan
Kutak, Rock Law Firm
1650 Farnam Street
Omaha, NE 68102

John J. Nagle III
Bodie, Nagle, Dolina, Smith & Hobbs
21 W. Susquehanna Avenue
Towson, MD 21204

Gary J. Nedved
Keating, O'Gara Law Firm
530 South 13th Street
Suite 100
Lincoln, NE 68508-2795

Joel D. Newport
Moore & Jackson, LLC
305 Washington Avenue
Suite 401
Baltimore, MD 21204

Edwin B. Nichols
Maynard Cooper & Gale, PC
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203-2618

Richard P. O'Leary
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10022

Douglas B. Pfeiffer
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202-1487

Timothy W. Porter
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

R. Thomas Radcliffe, Jr.
Dehay & Elliston, LLP
36 S. Charles Street
13th Floor
Baltimore, MD 21201

INVOLVED COUNSEL LIST (CTO-278) - MDL-875                                                        Page 4 of 5

Mary Margaret Ratliff
Forman, Perry, Watkins, Krutz
& Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Simine Bazyari Reed
Forman, Perry, Watkins, Krutz
& Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Giovanni Regina
Waters, McPherson, McNeill, P.C.
300 Lighting Way
7th Floor
Secaucus, NJ 07096

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney,
PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Joseph A. Rhodes, Jr.
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
P.O. Box 2757
Greenville, SC 29602

Kenneth D. Rhodes
Kacal, Adams & Law
America Tower
One Riverway
Suite 1200
Houston, TX 77056

Theodore F. Roberts
Venable, LLP
210 Allegheny Avenue
Towson, MD 21285-5517

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Jonathan Ruckdeschel
Ruckdeschel Law Firm, LLC
3645 Cragsmoor Rd.
Ellicott City, MD 21042

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Clinton Robert Shaw, Jr.
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036

Cynthia J. Sheppeard
Weathers & Riley
4848 S.W. 21st Street
Suite 202
P.O. Box 67209
Topeka, KS 66667

Michelle D Siri
Segal, McCambridge, Singer
& Mahoney, Ltd.
One N. Charles Street
Suite 2500
Baltimore, MD 21202-3316

Carol G. Snider
Damon & Morey
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Susan Latham Steffey
Watkins & Eager
P.O. Box 650
Jackson, MS 39205

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
645 Griswold St.
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Cowles E. Symmes
Page, Mannino, Peresich
& McDermott, PLLC
759 Vieux Marche' Mall
P.O. Drawer 289
Biloxi, MS 39533-0289

Michael A. Tanenbaum
Sedgwick, Detert, Moran & Arnold
Three Gateway Center
12th Floor
Newark, NJ 07102

David M. Taylor
Thompson Coe Cousins & Irons, LLP
700 North Pearl Street
25th Floor
Dallas, TX 75201

Jennifer M. Techman
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 200
Atlanta, GA 30305

Kenneth L. Thompson
DLA Piper US, LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

Juan Carlos Tomasino
Schacter Harris
600 N. Pearl Street
Suite 2300
Dallas, TX 75201-2832

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Keith R. Truffer
Royston, Mueller, McLean & Reid
102 W. Pennsylvania Avenue
Suite 600
Towson, MD 21204

Mary W. Van Slyke
Page, Mannino, Peresich & McDermot
P.O. Drawer 289
Biloxi, MS 39533-0289

Susan E. Vangelder
Goldberg Segalla, LLP
665 Main Street
Suite 400
Buffalo, NY 14203

INVOLVED COUNSEL LIST (CTO-278) - MDL-875     Page 5 of 5

Keith Vona
Lipsitz & Ponterio, LLC
135 Delaware Avenue
Suite 506
Buffalo, NY 14202

Rose Marie Wade
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Mark Hedderman Wall
Elmore & Wall
P.O. Box 1200
Charleston, SC 29402

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Michael Waller
Kirkpatrick Lockhart Nicholson
& Graham, LLP
One Newark Center
10th Floor
Newark, NJ 07102

Kyle Wallor
Lamson, Dugan Law Firm
10306 Regency Parkway Drive
Omaha, NE 68114-3743

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

James W. Whitcomb
Phillips Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203

Michael E. Whitehead
Page, Mannino, Peresich
& McDermott, PLLC
P.O. Drawer 289
Biloxi, MS 39533-0289

Melody M. Wilkinson
Cooley, Manion & Jones
100 E. 15th Street
Suite 320
Fort Worth, TX 76102

Mary Winter Van Slyke
Page, Mannino, Peresich
& McDermott, PLLC
P.O. Drawer 289
Biloxi, MS 39533-0289

Peter Allan Woolson
Robinson Woolson, PA
217 E. Redwood Street
Suite 1500
Baltimore, MD 21202

Judith A. Yavitz
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
44th Floor
New York, NY 10020-1182

Walter E. Zink, II
Baylor, Evnen Law Firm
1248 O Street
Suite 600, Wells Fargo Center
Lincoln, NE 68508

Thurman W. Zollicoffer, Jr.
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Suite 1400
Baltimore, MD 21202-1626

## INVOLVED LIST OF JUDGES (CTO-278)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Hon. W. Keith Watkins
U.S. District Judge
F-300 Frank M. Johnson, Jr.
Federal Courthouse Annex
One Church Street
Montgomery, AL 36104

Hon. Andrew J. Guilford
U.S. District Judge
10D Ronald Reagan Federal Building
& United States Courthouse
411 West Fourth Street
Santa Ana, CA 92701

Hon. Saundra Brown Armstrong
U.S. District Judge
390-C Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5217

Hon. J. Frederick Motz
U.S. District Judge
101 West Lombard Street
510 Edward A. Garmatz Federal Building
& U.S. Courthouse
Baltimore, MD 21201-2690

Hon. Walter J. Gex III
Senior U.S. District Judge
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 714
Gulfport, MS 39501

Hon. Lacy H. Thornburg
U.S. District Judge
200 U.S. Courthouse
100 Otis Street
Asheville, NC 28801-2611

Hon. Thomas D. Thalken
U.S Magistrate Judge
United States District Court
Roman L. Hruska United States Courthouse
111 South 18th Plaza, Suite 2271
Omaha, NE 68102

Hon. Jack B. Weinstein
Senior U.S. District Judge
1420 U. S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

~~Hon. William M. Skretny~~
~~U.S. District Judge~~
~~507 U.S. Courthouse~~
~~68 Court Street~~
~~Buffalo, NY 14202~~

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew F. Perry U.S. Courthouse
901 Richland Street, 3rd Floor
Columbia, SC 29201

Hon. A. Joe Fish
Chief Judge, U.S. District Court
1528 Earle Cabell Federal Bldg & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

## INVOLVED LIST OF CLERKS (CTO-278)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Richard W. Wieking, Clerk
400-S Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal Building
& U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

Frank G. Johns, Clerk
309 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

Denise Lucks, Clerk
1152 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

~~Rodney C. Early, Clerk~~
~~304 U.S. Courthouse~~
~~68 Court Street~~
~~Buffalo, NY 14202-1368~~

Larry W. Propes, Clerk
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Larry W. Propes, Clerk
P.O. Box 835
Charleston, SC 29402-9835

Larry W. Propes, Clerk
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

Karen S. Mitchell, Clerk
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643